**FILED**
May 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:12-mj-00125-GGH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| MATT ORTEGA, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MATT ORTEGA, Case No. 2:12-mj-00125-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   \_\_\_\_   Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

\_\_\_(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/23/2012  at  3:10 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge